### (May 8, 1944.)

JOHN E. BLEIBTREY, as Trustee in Bankruptcy of JAMES MADISON BUILDERS, INC., Respondent, v. ANGELO PALLIATO, Appellant, et al., Defendants.— Order denying appellant's motion to dismiss, as insufficient, the complaint in an action to set aside certain allegedly fraudulent conveyances, affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from the entry of the order hereon. No opinion. Close, P. J., Hagarty, Adel, Lewis and Aldrich, JJ., concur. [See *post,* p. 1001.]

BUSH TERMINAL BUILDINGS COMPANY, Respondent, v. BUSH TERMINAL RAILROAD COMPANY, Appellant.— In an action to compel specific performance of a contractual obligation of a carrier to provide and maintain transportation service of less than carload freight without rehandling, order denying motion to dismiss complaint for insufficiency on its face affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from the entry of the order hereon. No opinion. Close, P. J., Hagarty, Adel, Lewis and Aldrich, JJ., concur. [See 268 App. Div. 779.]

FLORENCE CALLAHAN, Respondent, v. THOMAS CALLAHAN, Appellant.— Defendant appeals from an order granting alimony *pendente lite* and a counsel fee in this action for separation. Order affirmed, without costs. Appellant is directed to pay within ten days from the entry of the order hereon all arrears of alimony and the counsel fee awarded to plaintiff. It may be noted that the case is at issue and the condition of the calendar is such that it can be tried at any term for which it is noticed. Close, P. J., Hagarty, Adel, Lewis and Aldrich, JJ., concur.

ALFRED CALVANO, Respondent, v. YELLOWSTONE APARTMENTS, INC., Defendant, and CECO STEEL PRODUCTS CORPORATION, Defendant-Appellant.— Action to recover damages for personal injuries. Order denying appellant's motion for permission to serve an amended answer alleging a cross complaint against persons not parties to the action, and for other relief, insofar as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Hagarty, Adel, Lewis and Aldrich, JJ., concur.